UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE:                                                                      CHAPTER 11

    DECATUR 429 LLC,                                      CASE NO. 23-40081 (NHL)

               DEBTOR
---------------------------------------------------------------X

## DECLARATION OF GLEN R. EDMONDS FOR CHAPTER 11 DEBTOR DECATUR 429, LLC

**I, GLEN R. EDMONDS**, make this declaration pursuant to 28 U.S.C. § 1746:

I am the managing member of the debtor and debtor-in-possession Decatur 429, LLC (the "Debtor") herein. I am personally familiar with all the matters set forth below.

1. On January 12, 2023, the Debtor filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code.

2. At this time, no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: White Plains, NY
       February 3, 2023

                                                _____
                                                Glen R. Edmonds, Managing Member
                                                Decatur 429, LLC
                                                Debtor and/or debtor-in-possession